# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Craig Borchardt,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Credit Bureau of New Ulm, Inc. D/B/A Phoenix Management Systems.<br><br>　　　　　　　　Defendant. | *Case No.:* 16-cv-03701 (DSD/BRT)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through his undersigned counsel hereby dismisses its Complaint against Defendant Credit Bureau of New Ulm, Inc. D/B/A Phoenix Management Systems with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　**MARSO AND MICHELSON, P.A.**

Dated: December 19, 2016　　　　　　By:　s/Marcus J. Hinnenthal
　　　　　　　　　　　　　　　　　　Marcus J. Hinnenthal (0386756)
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　3101 Irving Avenue South
　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55408
　　　　　　　　　　　　　　　　　　Telephone: 612-821-4817
　　　　　　　　　　　　　　　　　　mhinnenthal@marsomichelson.com